NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1223

GENERAL ELECTRIC COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

MITSUBISHI HEAVY INDUSTRIES, LTD.
and MITSUBISHI POWER SYSTEMS AMERICAS, INC.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-641.

ON MOTION

### O R D E R

Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (Mitsubishi) move for leave to intervene. Mitsubishi states that General Electric Company and the International Trade Commission do not oppose.

Mitsubishi further requests that the court order that Mitsubishi be permitted to file a brief, participate in oral argument, participate in determining the contents of the appendix, and be served with all documents. As an intervenor, Mitsubishi has the rights of a party in this appeal. Thus, the additional relief sought by Mitsubishi is unnecessary.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

APR 0 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard W. O'Neill, Esq.
James A. Worth, Esq.
Donald R. Dunner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 8 2010

JAN HORBALY
CLERK

2010-1223                                    2